```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05282
   DARRIEL SPRINGFIELD
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4905


----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/23/07 and confirmed on 10/05/07.

   2.   The case was dismissed after confirmation, 05/16/2008.

   3.   The Debtor paid a total of $   4058.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 20575.18 | .00 | 2020.62 |
| AMERICASH LOANS | UNSECURED | 2822.75 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF IL | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | SPECIAL CLASS | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | SPECIAL CLASS | NOT FILED | .00 | .00 |
| MACNEAL MEMORIAL HOSPITA | SPECIAL CLASS | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NDC CHECK SERVICE | UNSECURED | 25.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | 814.21 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20575.18 | .00 | 3661.96 | .00 | 24237.14 |
| PRINCIPAL PAID | 2020.62 | .00 | .00 | .00 | 2020.62 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2020.62 | .00 | .00 | .00 | 2020.62 |

The Debtor's attorney, RICHARD E SEXNER            , was allowed $   2500.00 and was paid $     566.00   direct and $   1535.05   through the plan.

The Trustee received $     148.33 .

Refunds to the Debtor totaled $     354.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE